**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Octavio QUINTERO–VALEN-ZUELA, a.k.a. Jose Quintero, Defendant—Appellant.**

**No. 07–10523.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed July 31, 2008.

Shelley K.G. Clemens, Esq., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Jose Octavio Quintero–Valenzuela appeals from his 77–month sentence imposed following his guilty-plea conviction for attempted illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Quintero–Valenzuela contends that the district court erred by presuming the sen-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tencing guidelines to be reasonable and by failing to make an individualized assessment under the factors set forth in 18 U.S.C. § 3553(a) or provide a reasoned explanation for the sentence imposed. He also contends that his sentence is substantively unreasonable. We conclude that Quintero–Valenzuela has not shown that the district court procedurally erred or that his sentence is substantively unreasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 591, 598–602, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 993–96 (9th Cir.2008) (en banc).

**AFFIRMED.**